IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SANDRA MURRAY                                                                    PLAINTIFF

v.                              CASE NO. 5:16-CV-00337 BSM

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                   DEFENDANT

## ORDER

The recommended disposition [Doc. No. 23] filed by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, the Commissioner's decision is reversed and remanded with instructions to develop the record as necessary and to fully consider all of Murray's impairments, including her cervical degenerative disk disease and left carpal tunnel syndrome.

IT IS SO ORDERED this 9th day of March 2018.

_____
UNITED STATES DISTRICT JUDGE